# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS, | CASE NO. CV-F-02-5094 REC SMS P |
| Plaintiff, | ORDER STRIKING DISCOVERY REQUEST |
| v. | (Doc. 74) |
| M. YARBOROUGH, et al., | |
| Defendants. | |

Plaintiff Marcus R. Williams ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 15, 2005, the court issued an order opening the discovery phase of this litigation. On April 26, 2005, plaintiff filed interrogatories and requests for the production of documents with the court. Discovery requests should be served on opposing counsel only and should not be filed with the court unless and until a dispute arises between the parties and the requests are needed by the court to resolve the dispute (e.g., as an exhibit to a motion to compel).

Accordingly, pursuant to the First Informational Order, filed February 6, 2002, plaintiff's discovery request is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated:  **April 28, 2005**                          **/s/ Sandra M. Snyder**
icido3                                        UNITED STATES MAGISTRATE JUDGE