# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS,<br><br>            Plaintiff,<br><br>    v.<br><br>M. YARBOROUGH, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:02-CV-5094-REC-SMS-P<br><br>ORDER DENYING MOTION TO DEPOSE INMATE BENNETT, WITHOUT PREJUDICE<br><br>(Doc. 75) |

Plaintiff Marcus R. Williams ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 26, 2005, plaintiff filed a motion seeking leave of court to depose inmate Frederick Bennett by written questions. Defendants did not file a response to the motion.

If plaintiff wishes to depose inmate Bennett by written questions, plaintiff is cautioned that he must comply with Rule 31 of the Federal Rule of Civil Procedure. Depositions by written questions entail more than simply mailing questions to the deponents and awaiting their written responses. The court will direct the Clerk's Office to send plaintiff a copy of Rule 31. If, after reviewing the rule, plaintiff believes he is able to depose inmate Bennett in compliance with the rule, plaintiff shall notify the court and make a showing that he is able and willing to retain an officer to take responses and prepare the record. Fed. R. Civ. P. 31(b). At juncture, the court will reconsider plaintiff's request for leave to depose inmate Bennett and will determine what course of action is needed to facilitate the deposition.

///

Based on the foregoing:

1. Plaintiff's motion for leave of court to depose inmate Bennett, filed April 26, 2005, is DENIED, without prejudice; and

2. The Clerk's Office shall send plaintiff a copy of Rule 31.

IT IS SO ORDERED.

**Dated:   June 15, 2005**                           **/s/ Sandra M. Snyder**
icido3                                               UNITED STATES MAGISTRATE JUDGE