UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS,<br><br>            Plaintiff,<br><br>     v.<br><br>M. YARBOROUGH, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:02-CV-05094-AWI-SMS-P<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 94) |

   Plaintiff Marcus R. Williams ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 27, 2006, plaintiff filed a motion seeking an extension of time to file a response to defendants' motion for summary judgment, which was filed on June 1, 2006.

   Good cause having been shown, plaintiff's motion is HEREBY GRANTED and plaintiff shall file a response to defendants' motion within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   June 29, 2006**                    /s/ Sandra M. Snyder
icido3                                  UNITED STATES MAGISTRATE JUDGE

1