# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS, | CASE NO. 1:02-cv-05094-AWI-SMS P |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN OBJECTION |
| v. | |
| M. YARBOROUGH, et al., | (Doc. 100) |
| Defendants. | OBJECTION DUE WITHIN THIRTY DAYS |

On December 11, 2006, plaintiff filed a motion seeking an extension of time to file an objection to the Findings and Recommendations filed on November 29, 2006. Good cause having been shown, plaintiff's motion is GRANTED, and plaintiff has **thirty (30) days** from the date of service of this order within which to file an objection.

IT IS SO ORDERED.

**Dated:**   December 20, 2006          /s/ Sandra M. Snyder
i0d3h8                              UNITED STATES MAGISTRATE JUDGE

1