UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS, | 1:02-cv-05094-LJO-SMS PC |
|     Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** (Docs. 91 and 99) |
| vs. | |
| M. YARBOROUGH, et al., | |
|     Defendants. | **ORDER DIRECTING CLERK OF THE COURT TO ENTER JUDGMENT FOR DEFENDANTS AND AGAINST PLAINTIFF** |

Plaintiff Marcus R. Williams ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On November 29, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. After obtaining an extension of time, plaintiff filed an objection on January 29, 2007. Defendants did not file a response.

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C)
2  and Local Rule 73-305, this Court has conducted a de novo review of
3  this case.  Having carefully reviewed the entire file, the Court
4  finds the Findings and Recommendations to be supported by the
5  record and by proper analysis.

6  Accordingly, IT IS HEREBY ORDERED that:

7  1.  The Findings and Recommendations, filed November 29,
8      2006, is ADOPTED IN FULL;
9  2.  Defendants' motion for summary judgment, filed June 1,
10     2006, is GRANTED, thus concluding this matter in its
11     entirety; and
12 3.  The Clerk of the Court shall enter judgment for
13     defendants and against plaintiff.

15 IT IS SO ORDERED.

16 **Dated:    February 20, 2007**              /s/ Lawrence J. O'Neill
   b9ed48                                    UNITED STATES DISTRICT JUDGE

2